PETER HSIAO, California Bar No. 119881
NICOLE JEONG, California Bar No. 277894
MORRISON & FOERSTER, LLP
555 West Fifth Street, Suite 3500
Los Angeles, CA  90013-1024
Telephone:  (213) 892-5200
Facsimile:  (213) 892-5454
E-mail: phsiao@mofo.com, njeong@mofo.com

Attorneys for Defendant
Great Basin United Air Pollution Control District

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| CITY OF LOS ANGELES, a California Municipal Corporation, Acting By and Through its Department of Water and Power,<br><br>Plaintiff,<br><br>v.<br><br>GREAT BASIN UNIFIED AIR POLLUTION CONTROL DISTRICT; CALIFORNIA AIR RESOURCES BOARD; STATE OF CALIFORNIA, *ex rel*. STATE LANDS COMMISSION; UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>Defendants. | Case No.   1:12-CV-01683-AWI-DLB<br><br>**STIPULATION AND ORDER TO EXTEND THE TIME FOR STATE DEFENDANTS TO RESPOND TO COMPLAINT (LOCAL RULE 144)**<br><br>Courtroom of the<br>Honorable Anthony W. Ishii |

WHEREAS, the defendants named in the complaint have two different timelines to file a response, with the federal defendants (the U.S. Environmental Protection Agency and the Bureau of Land Management) having 60 days to respond from the date of service, and the state defendants (California Air Resources Board, the State Lands Commission, and the Great Basin Unified Air Pollution Control District ("District")) having 21 days to respond;

WHEREAS defendant District has requested a 39-day extension of time for the state defendants to respond to the complaint, so that all defendants have a 60-day time period to

respond and can coordinate and file those responses at the same time; and

WHEREAS this is the first request for an extension of time to respond to the complaint, and the parties seek the Court's approval of this extension pursuant to Local Rule 144;

IT IS HEREBY STIPULATED AND AGREED that the state defendants California Air Resources Board, the State Lands Commission, and the Great Basin Unified Air Pollution Control District shall have a 39-day extension of time to file an answer or other response to the complaint.

Dated: October 30, 2012         MORRISON & FOERSTER LLP


By: /s/ Peter Hsiao
    PETER HSIAO
    Attorneys for Defendant
    GREAT BASIN UNITED AIR
    POLLUTION CONTROL DISTRICT

Dated: October 30, 2012         CALIFORNIA ATTORNEY GENERAL'S
                                OFFICE


By: /s/ Michael W. Neville
    MICHAEL W. NEVILLE
    Attorneys for Defendant
    CALIFORNIA AIR RESOURCES
    BOARD

Dated: October 30, 2012         CALIFORNIA ATTORNEY GENERAL'S
                                OFFICE


By: /s/ Joel Jacobs
    JOEL JACOBS
    Attorneys for Defendant
    CALIFORNIA STATE LANDS
    COMMISSION

Dated: October 30, 2012         SOMACH SIMMONS & DUNN


By: /s/ Michael E. Vegara
    MICHAEL E. VEGARA
    Attorneys for Plaintiff
    CITY OF LOS ANGELES

<u>ORDER</u>

Pursuant to the stipulation of the state defendants and plaintiff, and good cause appearing, IT IS HEREBY ORDERED THAT the state defendants California Air Resources Board, the State Lands Commission, and the Great Basin Unified Air Pollution Control District shall have a 39-day extension of time to file an answer or other response to the complaint.

IT IS SO ORDERED.

Dated:   **October 31, 2012**              /s/ *Dennis L. Beck*
                                                          UNITED STATES MAGISTRATE JUDGE