PETER HSIAO, California Bar No. 119881
E-mail: phsiao@mofo.com
JONDER HO, California Bar No. 280728
E-mail: jho@mofo.com
MORRISON & FOERSTER, LLP
555 West Fifth Street, Suite 3500
Los Angeles, CA  90013-1024
Telephone:  (213) 892-5200
Facsimile:  (213) 892-5454

Attorneys for Defendant
Great Basin United Air Pollution Control District

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| CITY OF LOS ANGELES, a California Municipal Corporation, Acting By and Through its Department of Water and Power,<br><br>Plaintiff,<br><br>v.<br><br>GREAT BASIN UNIFIED AIR POLLUTION CONTROL DISTRICT; CALIFORNIA AIR RESOURCES BOARD; STATE OF CALIFORNIA, *ex rel.* STATE LANDS COMMISSION; BUREAU OF LAND MANAGEMENT; UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>Defendants. | Case No.   1:12-CV-01683-AWI-DLB<br><br>**STIPULATION AND ORDER CONTINUING SCHEDULING CONFERENCE (LOCAL RULE 144)**<br><br>Courtroom of the<br>Honorable Dennis L. Beck |

WHEREAS Defendants have until at least December 18, 2012, to respond to the original complaint, and the Plaintiff has recently filed a First Amended Complaint;

WHEREAS Defendant Great Basin United Air Pollution Control District ("the District") will file a motion to dismiss this action under Rule 12 of the Federal Rules of Civil Procedure on December 18, 2012, and set that motion for hearing on the earliest available hearing date of January 28, 2013 at 1:30 p.m.;

WHEREAS the other defendants will also file motions to dismiss to be heard on that same

1  date;

2  WHEREAS, the Court has set a Mandatory Scheduling Conference in the above-titled
3  action for January 22, 2013, at 9:15 a.m.;

4  WHEREAS the parties agree that the mandatory scheduling conference will be more
5  efficient and productive if it is held after the Court's ruling on the ruling on the motions to
6  dismiss, to obtain the Court's direction regarding the causes of action, and to allow the parties to
7  meaningfully participate in the tasks for the scheduling conference based upon this direction;

8  WHEREAS, the parties have met and conferred and stipulated to continue the Scheduling
9  Conference to approximately 60 days after the aforementioned January 28, 2012 hearing, or as
10 soon thereafter as in convenient for the Court;

11 WHEREAS, this is the first request for a continuance of the Scheduling Conference and
12 the parties seek the Court's approval of this extension pursuant to Local Rule 144;

13 IT IS HEREBY STIPULATED AND AGREED that the Scheduling Conference shall be
14 continued from January 22, 2013, to April 1, 2013, or as soon thereafter as is convenient for the
15 Court.

16 Dated: December 10, 2012                MORRISON & FOERSTER LLP

18                                         By: /s/ Peter Hsiao
                                                  PETER HSIAO

                                           Attorneys for Defendant
20                                         GREAT BASIN UNITED AIR
                                           POLLUTION CONTROL DISTRICT

22 Dated: December 10, 2012                CALIFORNIA ATTORNEY GENERAL'S
23                                         OFFICE

25                                         By: /s/ Michael W. Neville
                                                  MICHAEL W. NEVILLE

                                           Attorneys for Defendant
27                                         CALIFORNIA AIR RESOURCES
                                           BOARD

28

la-1193264                                  2

| | |
|---|---|
| Dated: December 10, 2012 | CALIFORNIA ATTORNEY GENERAL'S OFFICE |
| | By: /s/ Joel Jacobs |
| |     JOEL JACOBS |
| |     Attorneys for Defendant |
| | CALIFORNIA STATE LANDS COMMISSION |
| Dated: December 10, 2012 | UNITED STATES DEPARTMENT OF JUSTICE |
| | By: /s/ Norman L. Rave, Jr. |
| |     NORMAN L. RAVE, JR. |
| |     AYAKO SATO |
| | Attorneys for Defendants BUREAU OF LAND MANAGEMENT AND U.S. ENVIRONMENTAL PROTECTION AGENCY |
| Dated: December 10, 2012 | SOMACH SIMMONS & DUNN |
| | By: /s/ Michael E. Vegara |
| |     MICHAEL E. VEGARA |
| | Attorneys for Plaintiff CITY OF LOS ANGELES |

ORDER

Pursuant to the attached stipulation and good cause appearing, IT IS HEREBY ORDERED THAT Conference shall be continued to April 3, 2013 at 9:00 a.m.

IT IS SO ORDERED.

Dated: **December 13, 2012**       /s/ Dennis L. Beck
                                                      UNITED STATES MAGISTRATE JUDGE