CARMEN A. TRUTANICH
City Attorney
RICHARD M. BROWN
General Counsel Water and Power
JULIE C. RILEY (SBN 197407)
Deputy City Attorney
DAVID J. EDWARDS (SBN 237308)
Deputy City Attorney
111 North Hope Street, Suite 340
Los Angeles, CA 90051
Telephone:  (213) 367-4500
Julie.Riley@ladwp.com
David.Edwards@ladwp.com

SOMACH SIMMONS & DUNN
A Professional Corporation
STUART L. SOMACH, ESQ. (SBN 90959)
MICHAEL E. VERGARA, ESQ. (SBN 137689)
500 Capitol Mall, Suite 1000
Sacramento, CA 95814
Telephone:  (916) 446-7979
ssomach@somachlaw.com
mvergara@somachlaw.com

Attorneys for Plaintiff CITY OF LOS
ANGELES, a California Municipal Corporation,
ACTING BY AND THROUGH ITS
DEPARTMENT OF WATER AND POWER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF LOS ANGELES, a California Municipal Corporation, ACTING BY AND THROUGH ITS DEPARTMENT OF WATER AND POWER,<br><br>Plaintiff,<br><br>v.<br><br>GREAT BASIN UNIFIED AIR POLLUTION CONTROL DISTRICT; CALIFORNIA AIR RESOURCES BOARD; STATE OF CALIFORNIA, *ex rel.* STATE LANDS COMMISSION; UNITED STATES BUREAU OF LAND MANAGEMENT; UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>Defendants. | Case No. 1:12-CV-01683-AWI-DLB<br><br>STIPULATION AND ORDER CONTINUING HEARINGS OF MOTIONS TO DISMISS AND MANDATORY SCHEDULING CONFERENCE (LOCAL RULE 144)<br><br>Date Action Filed: October 12, 2012 |

SOMACH SIMMONS & DUNN
A Professional Corporation

WHEREAS Defendants Great Basin Unified Air Pollution Control District, California Air Resources Board, California State Lands Commission, United States Bureau of Land Management and the United States Environmental Protection Agency filed motions to dismiss this action under Rule 12 of the Federal Rules of Civil Procedure on December 18, 2012;

WHEREAS pursuant to the request of the parties, the Court continued the Mandatory Scheduling Conference from January 22, 2013, to April 3, 2013, to allow the motions to dismiss to be heard before the scheduling conference;

WHEREAS, the motions to dismiss are presently scheduled for hearing on January 28, 2013, at 1:30 p.m.;

WHEREAS, Plaintiff City of Los Angeles requests a continuance of the January 28, 2013, hearing date for the following reasons:

1.  Under Local Rule 230(c), Plaintiff must respond to each motion to dismiss by January 14, 2013, based on the January 28, 2013, hearing date;

2.  Each of the five Defendants' motions to dismiss presents unique issues related to the individual defendants; and

3.  Plaintiff's time to respond to the motions to dismiss is further complicated by the holidays and the absence of key personnel during the holiday period;

WHEREAS, Defendants do not stipulate to the truth of the asserted reasons for Plaintiff's request, but do not oppose its request for a continuance of the hearing and a stipulated briefing schedule;

THE PARTIES HEREBY STIPULATE AND AGREE that the hearing of the motions to dismiss currently scheduled to be heard on January 28, 2013, at 1:30 p.m., shall be continued to February 25, 2013, at 1:30 p.m., and that the following briefing schedule shall apply:

1.  Plaintiff shall file its opposition to the Defendants' motions to dismiss on or before February 4, 2013; and

2.  Defendants shall file their reply briefs, if any, on or before February 19, 2013, in accordance with Local Rule 230(d).

SOMACH SIMMONS & DUNN
A Professional Corporation

*///*

THE PARTIES FURTHER STIPULATE AND AGREE that the Mandatory Scheduling Conference be continued from April 3, 2013, to May 2, 2013, at 1:30 p.m.

SOMACH SIMMONS & DUNN
A Professional Corporation


Date:  December 27, 2012          By:   /S/ STUART L. SOMACH_____
                                       Stuart L. Somach
                                       Attorneys for Plaintiff
                                       CITY OF LOS ANGELES a California Municipal
                                       Corporation, ACTING BY AND THROUGH ITS
                                       DEPARTMENT OF WATER AND POWER


MORRISON & FOERSTER, LLP


Date:  December 27, 2012          By:  /S/ PETER HSIAO (As authorized on 12/27/12)
                                       Peter Hsiao
                                       Attorneys for Defendant
                                       GREAT BASIN UNIFIED AIR POLLUTION
                                       CONTROL DISTRICT


CALIFORNIA ATTORNEY GENERAL'S OFFICE


Date:  December 27, 2012          By: /S/ MICHAEL W. NEVILLE (As authorized on 12/27/12)
                                       Michael W. Neville
                                       Attorneys for Defendant
                                       CALIFORNIA AIR RESOURCES BOARD


CALIFORNIA ATTORNEY GENERAL'S OFFICE


Date:  December 27, 2012          By:  /S/ JOEL JACOBS (As authorized on 12/27/12)___
                                       Joel Jacobs
                                       Attorneys for Defendant
                                       CALIFORNIA STATE LANDS COMMISSION


UNITED STATES DEPARTMENT OF JUSTICE


Date:  December 27, 2012          By:  /S/ AYAKO SATO (As authorized on 12/27/12)___
                                       Norman L. Rave, Jr.
                                       Ayako Sato
                                       Attorneys for Defendants
                                       U.S. BUREAU OF LAND MANAGEMENT AND
                                       U.S. ENVIRONMENTAL PROTECTION AGENCY

1
2
3
<u>ORDER</u>

4        Pursuant to the attached stipulation and good cause appearing, IT IS HEREBY

5   ORDERED THAT the hearing of the motions to dismiss currently scheduled to be heard on

6   January 28, 2013, at 1:30 p.m., is continued to February 25, 2013, at 1:30 p.m.  Plaintiff shall file

7   its opposition to the Defendants' motions to dismiss on or before February 4, 2013, and

8   Defendants shall file their reply briefs, if any, on or before February 19, 2013, in accordance with

9   Local Rule 230(d).  The Mandatory Scheduling Conference is continued from April 3, 2013, to

10  May 2, 2013, at 1:30 p.m.

11
12  IT IS SO ORDERED.

13  Dated:   December 27, 2012

14                                                            UNITED STATES DISTRICT JUDGE

15
16
17
18
19
20
21
22
23
24
25
26
27
28

SOMACH SIMMONS & DUNN
A Professional Corporation