**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CITY OF LOS ANGELES, a California Municipal Corporation, Acting By and Through its Department of Water and Power,<br><br>     Plaintiff,<br><br>  v.<br><br>GREAT BASIN UNIFIED AIR POLLUTION CONTROL DISTRICT; CALIFORNIA AIR RESOURCES BOARD; STATE OF CALIFORNIA, ex rel. STATE LANDS COMMISSION; UNITED STATES BUREAU OF LAND MANAGEMENT; UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>     Defendants. | 1:12CV1683 AWI SAB<br><br><br>**ORDER VACATING HEARING DATE OF FEBRUARY 25, 2013, AND TAKING DEFENDANTS' MOTIONS TO DISMISS UNDER SUBMISSION** |

   In this action for declaratory and injunctive relief, defendants Great Basin Unified Air Pollution Control District, California Air Resources Board, California State Lands Commission, United States Bureau of Land Management and United State Environmental Protection Agency (collectively, "Defendants") have each filed motions to dismiss the First Amended Complaint of plaintiff City of Los Angeles ("Plaintiff").  On February 15, 2013, Plaintiff filed a notice of voluntary dismissal of Federal Defendants Bureau of Land Management and Environmental Protection Agency.  The remaining three motions to dismiss

were scheduled for oral argument to be held on February 25, 2013.  The court has preliminarily reviewed Defendants' motions to dismiss, Plaintiff's opposition and the replies and has determined that the matter appears to be appropriate for determination without oral argument.  Local Rule 78-230(h).  If, after more complete review, the court determines that oral argument on the motions to dismiss is necessary, the parties will be notified and a mutually agreeable date set.

        Therefore, IT IS HEREBY ORDERED that the previously set hearing date of February 25, 2013, is VACATED, and no party shall appear at that time.  As of February 25, 2013, the Court will take the matter under submission, and will thereafter issue its decision. IT IS SO ORDERED.

Dated:     February 20, 2013

SENIOR  DISTRICT  JUDGE