1  CARMEN A. TRUTANICH
   City Attorney
2  RICHARD M. BROWN
   General Counsel Water and Power
3  JULIE C. RILEY (SBN 197407)
   Deputy City Attorney
4  DAVID J. EDWARDS (SBN 237308)
   Deputy City Attorney
5  111 North Hope Street, Suite 340
   Los Angeles, CA 90051
6  Telephone: (213) 367-4500
   Julie.Riley@ladwp.com
7  David.Edwards@ladwp.com

8  SOMACH SIMMONS & DUNN
   A Professional Corporation
9  STUART L. SOMACH, ESQ. (SBN 90959)
   LOUINDA V. LACEY, ESQ. (SBN 275888)
10 500 Capitol Mall, Suite 1000
   Sacramento, CA 95814
11 Telephone: (916) 446-7979
   ssomach@somachlaw.com
12 llacey@somachlaw.com

13 Attorneys for Plaintiff CITY OF LOS
   ANGELES, a California Municipal Corporation,
14 ACTING BY AND THROUGH ITS
   DEPARTMENT OF WATER AND POWER

**FILED**
FEB 20 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF LOS ANGELES, a California Municipal Corporation, ACTING BY AND THROUGH ITS DEPARTMENT OF WATER AND POWER,<br><br>Plaintiff,<br><br>v.<br><br>GREAT BASIN UNIFIED AIR POLLUTION CONTROL DISTRICT; CALIFORNIA AIR RESOURCES BOARD; STATE OF CALIFORNIA, *ex rel.* STATE LANDS COMMISSION; UNITED STATES BUREAU OF LAND MANAGEMENT; UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>Defendants. | Case No. 1:12-CV-01683-AWI-DLB<br><br>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO FEDERAL DEFENDANTS ONLY<br><br>Date Action Filed: October 12, 2012 |

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO FEDERAL DEFENDANTS ONLY     -1-

1  NOTICE IS HEREBY GIVEN that pursuant to Federal Rules of Civil Procedure
2  Rule 41(a), Plaintiff the City of Los Angeles, by and through its Department of Water and Power
3  ("City"), hereby dismisses the above-captioned action without prejudice as to Defendants the
4  United States Bureau of Land Management and the United States Environmental Protection
5  Agency (collectively, "Federal Defendants") only. *See Pedrina v. Chun*, 987 F.2d 608, 609-610
6  (9th Cir. 1993). The Federal Defendants have neither answered the City's First Amended
7  Complaint for Declaratory and Injunctive Relief, nor filed motions for summary judgment in this
8  action.

SOMACH SIMMONS & DUNN
A Professional Corporation

Date: February 15, 2013        By: /S/ STUART L. SOMACH
                                   Stuart L. Somach
                                   Attorneys for Plaintiff
                                   CITY OF LOS ANGELES a California Municipal
                                   Corporation, ACTING BY AND THROUGH ITS
                                   DEPARTMENT OF WATER AND POWER

It is so Ordered. Dated: 2-20-13

_____
United States District Judge

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO FEDERAL DEFENDANTS ONLY        -2-