PETER HSIAO, California Bar No. 119881
E-mail: phsiao@mofo.com
JEREMIAH MICHAEL LEVINE, California Bar No. 288377
E-mail: jlevine@mofo.com
MORRISON & FOERSTER, LLP
555 West Fifth Street, Suite 3500
Los Angeles, CA 90013-1024
Telephone: (213) 892-5200
Facsimile: (213) 892-5454

Attorneys for Defendant
Great Basin United Air Pollution Control District

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| CITY OF LOS ANGELES, a California Municipal Corporation, Acting By and Through its Department of Water and Power,<br><br>Plaintiff,<br><br>v.<br><br>GREAT BASIN UNIFIED AIR POLLUTION CONTROL DISTRICT; CALIFORNIA AIR RESOURCES BOARD; STATE OF CALIFORNIA, *ex rel.* STATE LANDS COMMISSION; BUREAU OF LAND MANAGEMENT; UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>Defendants. | Case No.   1:12-CV-01683-AWI-SAB<br><br>**STIPULATION AND ORDER FOR A SECOND CONTINUANCE OF SCHEDULING CONFERENCE (LOCAL RULE 144)**<br><br>Courtroom of the<br>Honorable Stanley A. Boone |

WHEREAS, on December 10, 2012, the parties filed a stipulation to extend the time for the Scheduling Conference in this case to allow additional time for the Court to consider and issue its ruling on Defendants' motion to dismiss and, in the case of the state defendants, with an additional motion for a more definite statement (collectively "motions to dismiss"), and the Court granted this request by continuing the Scheduling Conference from January 22, 2013 to May 2, 2013;

WHEREAS, the Court has received briefing on the motion to dismiss, and on February

1

1  21, 2013, vacated the February 25, 2013 hearing and took the matter under submission;

2  WHEREAS, with the remaining parties awaiting a ruling on the motions to dismiss (the
3  federal defendants have been voluntarily dismissed), those parties agree that the Scheduling
4  Conference will be more efficient and productive if it is held after the Court's ruling on the ruling
5  on the motions to dismiss so that the parties are able to meaningfully participate in the tasks for
6  the scheduling conference based upon the Court's ruling;

7  WHEREAS, the parties have met and conferred, and stipulate to continue the Scheduling
8  Conference for approximately 60 days after the aforementioned May 2, 2013 date, or as soon
9  thereafter as in convenient for the Court;

10  WHEREAS, this is the second request for a continuance of the Scheduling Conference
11  and the parties seek the Court's approval of this extension pursuant to Local Rule 144;

12  IT IS HEREBY STIPULATED AND AGREED that the Scheduling Conference shall be
13  continued from May 2, 2013, to July 2, 2013, or as soon thereafter as is convenient for the Court.

14  Dated:  April 2, 2013                                MORRISON & FOERSTER LLP

16                                                                         By: /s/ Peter Hsiao
                                                                                    PETER HSIAO

                                                                           Attorneys for Defendant
18                                                                         GREAT BASIN UNITED AIR
                                                                           POLLUTION CONTROL DISTRICT

20  Dated:  April 2, 2013                               CALIFORNIA ATTORNEY GENERAL'S
                                                                           OFFICE

23                                                                         By: /s/ Michael W. Neville
                                                                                    MICHAEL W. NEVILLE

                                                                           Attorneys for Defendant
25                                                                         CALIFORNIA AIR RESOURCES
                                                                           BOARD

Dated: April 2, 2013                    CALIFORNIA ATTORNEY GENERAL'S OFFICE


By: /s/ Joel Jacobs
    JOEL JACOBS
    Attorneys for Defendant

CALIFORNIA STATE LANDS COMMISSION


Dated: April 2, 2013                    SOMACH SIMMONS & DUNN


By: /s/ Stuart Somach
    STUART SOMACH

    Attorneys for Plaintiff
    CITY OF LOS ANGELES

## ORDER

Pursuant to the attached stipulation and good cause appearing, IT IS HEREBY ORDERED THAT the May 2, 2013 Scheduling Conference shall be continued to July 2, 2013 at 2:00 p.m.


IT IS SO ORDERED.

Dated:   **April 2, 2013**

UNITED STATES MAGISTRATE JUDGE

3